# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAENZ, | Case No. 1:11-cv-01872-SKO (PC) |
| Plaintiff, | ORDER GRANTING THIRTY-DAY EXTENSION OF TIME TO FILE OPPOSITION |
| v. | |
| FRANK X. CHAVEZ, et al., | (Doc. 40) |
| Defendants. | |

Plaintiff Robert Saenz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 10, 2011. On July 20, 2015, the parties filed cross-motions for summary judgment. On July 30, 2015, Plaintiff filed a motion seeking a deadline to file his opposition to Defendant Lacey's motion.

Pursuant to Local Rule 230(*l*), oppositions are due within twenty-one days from the date of service of the motion. However, Plaintiff states that without a court order setting forth a deadline, he is unable to access the law library. Accordingly, Plaintiff's motion, construed as a motion for an extension of time, is HEREBY GRANTED, and he shall file his opposition to Defendant's motion within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __July 31, 2015__            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE