UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALEZ SAENZ,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANK X. CHAVEZ, et al.,<br><br>        Defendants. | CASE NO. 1:11-CV-1872 AWI SKO<br><br>ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(Doc. No. 70) |

On June 30, 2016, the parties filed a stipulation for dismissal of this entire case with prejudice under Rule 41(a)(1)(A)(ii). See Doc. No. 70.

Rule 41(a)(1), in relevant part, reads:

(A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Here, all remaining parties who have appeared in this case have signed the stipulated dismissal.  See Doc. No. 70.  Because all remaining parties have signed the stipulated dismissal with prejudice, this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(ii); Yesh Music, 727 F.3d at 362; Commercial Space, 193 F.3d at 1077.

Therefore, IT IS HEREBY ORDERED that  the Clerk shall CLOSE this case in light of the parties' properly filed and signed Rule 41(a)(1)(A)(ii) Stipulation Of Dismissal With Prejudice.

IT IS SO ORDERED.

Dated:   July 1, 2016                              _____
                                                                 SENIOR  DISTRICT  JUDGE